# United States Bankruptcy Court
## Southern District of Ohio

| | | | |
|---|---|---|---|
| In re | **Thomas R. Cook**<br>**Nicole M. Cook** | Case No. | **2:12-bk-54080** |
| | Debtor(s) | Chapter | **13** |

## Notice of Change of Address

Debtor's Social Security Number:  **xxx-xx-5977**

Joint Debtor's Social Security Number:  **xxx-xx-5218**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:  **Thomas R. Cook and Nicole M. Cook**

Street:  **PO Box 25**

City, State and Zip:  **Howard, OH 43028**

Telephone #:

**Please be advised that effective  November 1, 2017,
my (our) new mailing address and telephone number is:**

Name:  **Thomas R. Cook and Nicole M. Cook**

Street:  **801 Floral Valley East**

City, State and Zip:  **Howard, OH  43028**

Telephone #:

**/s/ Thomas R. Cook**

**Thomas R. Cook**
Debtor

**/s/ Nicole M. Cook**

**Nicole M. Cook**
Joint Debtor